IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Case No. 0:11-cv-02556-DWF-SER |
| Plaintiff | : | |
| | : | *(Transferred from the Eastern District of Virginia / Richmond Division, Civil Action No. 1:11-cv-99279-GBL-IDD)* |
| vs. | : | |
| AVERITT EXPRESS, INC., et al, | : | |
| Defendants. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant United Van Lines has not yet answered the Complaint.  Accordingly, PJC Logistics voluntarily dismisses United Van Lines without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted September 26, 2011.

    */s/  Steven R. Daniels*
    Steven R. Daniels
    (*Admitted Pro Hac Vice*)
    Farney Daniels, LLP
    800 S. Austin Avenue, Suite 200
    Georgetown, TX  78626-5845
    Telephone:    512-582-2820
    Facsimile:    512-733-3623
    sdaniels@farneydaniels.com

 AND

 Harris D. Butler (VSB No. 26483)
 Rebecca H. Royals (VSB No. 71420)
 BUTLER, WILLIAMS & SKILLING, PC.
 100 Shockoe Slip, 4th Floor
 Richmond, Virginia 23219
 Telephone: (804) 648-4848
 Facsimile: (804) 648-6814
 Email: hbutler@butlerwilliams.com
 Email: rroyals@butlerwilliams.com

 AND

 R. Mark Dietz
 (*Admitted Pro Hac Vice*)
 rmdietz@lawdietz.com
 DIETZ & JARRARD, P.C.
 106 Fannin Avenue East
 Round Rock, TX 78664
 Telephone: 512-244-9314
 Facsimile: 512-244-3766

 *Attorneys for Plaintiff,*
 *PJC LOGISTICS, LLC*

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

 */s/  Steven R. Daniels*
 Steven R. Daniels