**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>AVERITT EXPRESS, INC., *et al.*,<br><br>       Defendants. | **Case No. 0:11-cv-02556-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF BUILDERS TRANSPORTATION COMPANY, LLC WITH PREJUDICE** |

  Plaintiff PJC Logistics, LLC hereby dismisses Defendant Builders Transportation Company, LLC with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

                */s/ Steven R. Daniels*
                Steven R. Daniels
                (Admitted *Pro Hac Vice)*
                Farney Daniels LLP
                800 S. Austin Avenue, Suite 200
                Georgetown, TX  78626-5845
                Telephone: 512-582-2820
                Facsimile: 512-733-3623
                sdaniels@farneydaniels.com

                **Attorneys for Plaintiff**
                **PJC Logistics, LLC**