**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>AVERITT EXPRESS, INC., *et al.*,<br><br>                    Defendants. | **Case No. 0:11-cv-02556-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF MILLER TRANSPORTERS, INC. WITH PREJUDICE** |

 Plaintiff PJC Logistics, LLC hereby dismisses Defendant Miller Transporters, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

 */s/ Steven R. Daniels*
 Steven R. Daniels
 (Admitted *Pro Hac Vice)*
 Farney Daniels LLP
 800 S. Austin Avenue, Suite 200
 Georgetown, TX  78626-5845
 Telephone: 512-582-2820
 Facsimile: 512-733-3623
 sdaniels@farneydaniels.com

 **Attorneys for Plaintiff**
 **PJC Logistics, LLC**