**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>AVERITT EXPRESS, INC., *et al.*,<br><br>                Defendants. | Case No. 0:11-cv-02556-DWF-SER<br><br>NOTICE OF DISMISSAL OF W.L.A., INC.<br>WITH PREJUDICE |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant W.L.A., Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

                                                        */s/ Steven R. Daniels*
                                                        Steven R. Daniels
                                                        (Admitted *Pro Hac Vice)*
                                                        Farney Daniels LLP
                                                        800 S. Austin Avenue, Suite 200
                                                        Georgetown, TX  78626-5845
                                                        Telephone: 512-582-2820
                                                        Facsimile: 512-733-3623
                                                        sdaniels@farneydaniels.com

                                                        **Attorneys for Plaintiff
                                                        PJC Logistics, LLC**