**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>AVERITT EXPRESS, INC., *et al.*,<br><br>                    Defendants. | **Case No. 0:11-cv-02556-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF FEDEX CORPORATION WITHOUT PREJUDICE** |

      Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant FedEx Corporation has not yet answered the Complaint.  Accordingly, PJC Logistics, LLC voluntarily dismisses FedEx Corporation without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted October 25, 2011.

                                                */s/ Steven R. Daniels*
                                                Steven R. Daniels
                                                (Admitted *Pro Hac Vice)*
                                                Farney Daniels LLP
                                                800 S. Austin Avenue, Suite 200
                                                Georgetown, TX  78626-5845
                                                Telephone: 512-582-2820
                                                Facsimile: 512-733-3623
                                                sdaniels@farneydaniels.com

                                                **Attorneys for Plaintiff**
                                                **PJC Logistics, LLC**