# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844 PATENT LITIGATION) | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AVERITT EXPRESS, INC., *et al.*<br><br>Defendants. | Civil No. 0:11-cv-02556-DWF-SER |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on January 24, 2012 at 2:00 p.m. CST, before the Honorable Judge Donovan W. Frank, U.S. District Judge of Minnesota, Courtroom 7C, United States Courthouse, 316 North Robert Street, St. Paul, MN 55101, Defendant UPS Ground Freight, Inc., will move the Court for an Order on its Motion to Dismiss.

Dated: November 4, 2011

             By: s/ Dennis C. Bremer
               Dennis C. Bremer (MN # 299,182)
               James R. Hietala, Jr. (MN# 386,755)
               Carlson, Caspers, Vandenburgh & Lindquist
               225 South Sixth Street, Suite 3200
               Minneapolis, MN 55402
               (612) 436-9614
               dbremer@ccvl.com
               jhietala@ccvl.com

OF COUNSEL:

Robert L. Lee (GA# 443978)
Matthew W. Howell (GA# 607080)
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
bob.lee@alston.com
matthew.howell@alston.com

*Counsel for Defendant UPS Ground Freight, Inc.*