# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844 PATENT LITIGATION) | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AVERITT EXPRESS, INC., *et al.*<br><br>Defendants. | Civil No. 0:11-cv-02556-DWF-SER |

## **MOTION**

Defendant, UPS Ground Freight, Inc., hereby moves the Court for an Order dismissing Plaintiff PJC Logistics, LLC.'s Complaint under Rule 8(a) and Rule 12(b)(6) as set forth in the accompanying memorandum.

Dated: November 4, 2011

By: s/ Dennis C. Bremer
Dennis C. Bremer (MN # 299,182)
James R. Hietala, Jr. (MN# 386,755)
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
(612) 436-9614
dbremer@ccvl.com
jhietala@ccvl.com

OF COUNSEL:

Robert L. Lee (GA# 443978)
Matthew W. Howell (GA# 607080)
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
bob.lee@alston.com
matthew.howell@alston.com

*Counsel for Defendant UPS Ground Freight, Inc.*