UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 |
| PJC LOGISTICS, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>AVERITT EXPRESS, INC., *et al.*,<br><br>         Defendants. | No. 11-cv-2556 (DWF/SER) |

**NOTICE OF WITHDRAWAL**

    PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), Dabney J. Carr, IV, Robert A. Angle, Evan R. Chesler, Keith R. Hummel and James E. Canning hereby withdraw as counsel for defendant Forward Air, Inc.  Forward Air, Inc. will continue to be represented by Douglas J. Williams, Felicia J. Boyd, Niall A. MacLeod, Aaron A. Myers and Stephen R. Buckingham.

2

| | |
|---|---|
| Dated:  November 21, 2011 | BARNES & THORNBURG LLP, |
| | |
| | s/ James E. Canning |
| | Douglas J. Williams (#117353) |
| | Felicia J. Boyd (#186168) |
| | Niall A. MacLeod (#269281) |
| | Aaron A. Myers (#311959) |
| | 225 South Sixth Street, Suite 2800 |
| | Minneapolis, MN 55402-4661 |
| | doug.williams@btlaw.com |
| | felicia.boyd@btlaw.com |
| | niall.macleod@btlaw.com |
| | aaron.myers@btlaw.com |
| | (612) 333-2111 |
| | |
| | OF COUNSEL: |
| | |
| | Evan R. Chesler |
| | Keith R. Hummel |
| | James E. Canning |
| | CRAVATH, SWAINE & MOORE LLP |
| | Worldwide Plaza |
| | 825 Eighth Avenue |
| | New York, NY 10019-7475 |
| | echesler@cravath.com |
| | khummel@cravath.com |
| | jcanning@cravath.com |
| | (212) 474-1000 |
| | |
| | *Attorneys for Defendant Forward Air, Inc.* |

2