IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AVERITT EXPRESS, INC., *et al.*<br><br>    Defendants. | Civil Action No.: 0:11-cv-02556-DWF-SER<br>(Transferred from Eastern District of Virginia; Case Number 1:11-cv-00279-GBL-IDD) |

## STIPULATION OF DISMISSAL OF FORWARD AIR, INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims of Plaintiff, PJC Logistics, LLC and counterclaims of Forward Air, Inc., in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

Respectfully submitted,

Dated: December 2, 2011  */s/ Steven R. Daniels*
Steven R. Daniels
(*Admitted Pro Hac Vice*)
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
sdaniels@farneydaniels.com

AND

> Harris D. Butler (VSB No. 26483)
> Rebecca H. Royals (VSB No. 71420)
> Attorneys for PJC LOGISTICS, LLC
> BUTLER, WILLIAMS & SKILLING, PC.
> 100 Shockoe Slip, 4th Floor
> Richmond, Virginia 23219
> Telephone: (804) 648-4848
> Facsimile: (804) 648-6814
> hbutler@butlerwilliams.com
> rroyals@butlerwilliams.com
>
> **Attorneys for Plaintiff**
> **PJC Logistics, LLC**

**AGREED TO:**

/s/ Stephen R. Buckingham
Stephen R. Buckingham
Lowenstein Sandler, LLP
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2326
(973) 597-2327 (fax)
sbuckingham@lowenstein.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Stipulation of Dismissal of Forward Air, Inc. was served upon the counsel of record by electronically filing the document with the Clerk of the Court through the Electronic Filing System on the 2nd day of December, 2011.

> */s/ Steven R. Daniels*
> Steven R. Daniels