IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC, § § Plaintiff, § § vs. § § § AVERITT EXPRESS, INC., *et al.* § § Defendants. § | Civil Action No.:  0:11-cv-02556-DWF-SER (Transferred from Eastern District of Virginia; Case Number 1:11-cv-00279-GBL-IDD) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant TLD Logistics Services, Inc. has not yet answered the Complaint.  Accordingly, PJC Logistics, LLC voluntarily dismisses TLD Logistics Services, Inc. without prejudice pursuant to Rule 41(a)(1).

                                        Respectfully submitted,


Dated: December 12, 2011                */s/ Steven R. Daniels*
                                        Steven R. Daniels
                                        (*Admitted Pro Hac Vice*)
                                        Texas State Bar No. 24025318
                                        Farney Daniels LLP
                                        800 S. Austin Ave., Suite 200
                                        Georgetown, TX  78626
                                        Telephone: (512) 582-2828
                                        Facsimile: (512) 582-2829
                                        sdaniels@farneydaniels.com

   AND

Harris D. Butler (VSB No. 26483)
Rebecca H. Royals (VSB No. 71420)
Attorneys for PJC LOGISTICS, LLC
BUTLER, WILLIAMS & SKILLING, PC.
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
hbutler@butlerwilliams.com
rroyals@butlerwilliams.com

**Attorneys for Plaintiff**
**PJC Logistics, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Stipulation of Dismissal of Forward Air, Inc. was served upon the counsel of record by electronically filing the document with the Clerk of the Court through the Electronic Filing System on the 12th day of December, 2011.

/s/ *Steven R. Daniels*
Steven R. Daniels