IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No.: 0:11-cv-02556-DWF-SER (Transferred from Eastern District of Virginia; |
| vs. | § § § | Case Number 1:11-cv-00279-GBL-IDD) |
| AVERITT EXPRESS, INC., *et al.* | § § § | |
| Defendants. | § | |

### STIPULATION OF DISMISSAL OF FEDERAL EXPRESS CORPORATION WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims of Plaintiff, PJC Logistics, LLC and counterclaims of Federal Express Corporation, in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

Respectfully submitted,

Dated: December 19, 2011

*/s/ Steven R. Daniels*
Steven R. Daniels
(*Admitted Pro Hac Vice*)
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX  78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
sdaniels@farneydaniels.com

AND

        Harris D. Butler (VSB No. 26483)
Rebecca H. Royals (VSB No. 71420)
Attorneys for PJC LOGISTICS, LLC
BUTLER, WILLIAMS & SKILLING, PC.
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
hbutler@butlerwilliams.com
rroyals@butlerwilliams.com

**Attorneys for Plaintiff
PJC Logistics, LLC**

**AGREED TO:**

/s/ Ronn B. Kreps
Ronn B. Kreps (#0151142)
Fulbright & Jaworski, L.L.P.
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2112
Telephone: (612) 321-2800
rkreps@fulright.com

**Attorney for Federal Express Corporation**