# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| PJC Logistics, LLC | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiff(s) | Case Number:   11-2556  DWF/SER |
| v. | |
| Cardinal Logistics Management, Inc., Estes Express Lines, Federal Express Corporation, Forward Air, Inc., JNJ Express, Inc., MGM Transport Corp., Southeastern Freight Lines, Inc., U.S. Express Enterprises, Inc., UPS Ground Freight, Inc., Wilson Trucking Corporation | |
| Defendant(s) | |

It appearing that defendant JNJ Express, Inc. is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

    **DEFAULT IS HEREBY ENTERED** against JNJ Express, Inc.

this  day, January 12, 2012.

                        RICHARD D. SLETTEN, CLERK

                        s/A. Linner

    (By)   A. Linner               Deputy Clerk