## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>        Plaintiff,<br><br>v.    Civil No. 11-2556 (DWF/SER)<br><br>Averitt Express, Inc.; Builders Transportation Company, LLC; Cardinal Logistics Management, Inc.; Covenant Transport Group, Inc.; Danny Herman Trucking, Inc.; Estes Express Lines; FedEx Corporation; Federal Express Corporation; Forward Air, Inc.; Highway Transport, Inc.; JNJ Express, Inc.; KLLM Transport Services, LLC; KLLM, Inc.; Mercer Transportation Co., Inc.; MGM Transport Corp.; Milan Express Co., Inc.; Miller Transporters, Inc.; Old Dominion Freight Line, Inc.; Ozark Motor Lines, Inc.; Paschall Truck Lines, Inc. (PTL); Royal Trucking Company; Southeastern Freight Lines, Inc.; Star Transportation Inc.; TLD Logistics Services, Inc.; U.S. Xpress Enterprises, Inc.; United Van Lines; UPS Ground Freight, Inc.; W.L.A., Inc.; Western Express, Inc.; and Wilson Trucking Corporation,<br><br>        Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal of Forward Air, Inc. Without Prejudice (Civil No. 11-2556 (DWF/SER), Doc. No. [84]),

**IT IS HEREBY ORDERED** that all claims of Plaintiff, PJC Logistics, LLC, and counterclaims of Forward Air, Inc., in the above-captioned action are **DISMISSED WITHOUT PREJUDICE** by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs.

Dated:  January 18, 2012            s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge