IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | | MDL NO. 11-2249 |

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No.: 0:11-cv-02556-DWF-SER (Transferred from Eastern District of Virginia; Case Number 1:11-cv-00279-GBL-IDD) |
| vs. | § § § | |
| AVERITT EXPRESS, INC., *et al.*, | § § | |
| Defendants. | § | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant JNJ Express, Inc. has not yet answered the Complaint. Accordingly, PJC Logistics, LLC voluntarily dismisses JNJ Express, Inc. without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted,

Dated: January 27, 2012

*/s/ Steven R. Daniels*
Steven R. Daniels
(Admitted *Pro Hac Vice*)
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
sdaniels@farneydaniels.com

**Attorneys for Plaintiff
PJC Logistics, LLC**