**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 2249 |
| PJC LOGISTICS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AVERITT EXPRESS, INC., et al, <br><br> Defendants. | Case No.: 0:11-cv-02556-DWF-SER <br><br> Transferred from the United States District Court for the Eastern District of Virginia, Richmond Division, Case No. 1:11-cv-00279-GBL-IDD |

**NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that David A. Gerasimow shall appear as counsel of record for ESTES EXPRESS LINES, MGM TRANSPORT CORPORATION, SOUTHEASTERN FREIGHT LINES, INC., U.S. XPRESS ENTERPRISES, INC., and WILSON TRUCKING CORPORATION in this case.

Dated: March 21, 2012

/s/ David A. Gerasimow
David A. Gerasimow (#0389309)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Ph: 612-335-5070
Fax: 612-288-9696
gerasimow@fr.com

**Attorneys for Defendants**
**ESTES EXPRESS LINES**
**MGM TRANSPORT CORPORATION**
**SOUTHEASTERN FREIGHT LINES, INC.**
**U.S. XPRESS ENTERPRISES, INC.**
**WILSON TRUCKING CORPORATION**

60759519.doc