# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844 PATENT LITIGATION) | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AVERITT EXPRESS, INC., *et al.*<br><br>Defendants. | Civil No. 0:11-cv-02556-DWF-SER<br><br>**NOTICE OF APPEARANCE** |

    The undersigned attorney hereby notifies the Court and counsel that Ryan W. Koppelman, shall appear as counsel of record for Defendant, UPS Ground Freight, Inc., in this case.

Dated: March 22, 2012           s/ Ryan W. Koppelman  
                                             Ryan W. Koppelman  
                                             Alston & Bird LLP  
                                             1201 W. Peachtree Street  
                                             Atlanta, GA  30309  
                                             Phone: 404-881-7000  
                                             Ryan.koppelman@alston.com

CARLSON, CASPERS, VANDENBURGH  
& LINDQUIST, PA

s/ Dennis C. Bremer  
Dennis C. Bremer (MN# 299182)  
James R. Hietala, Jr. (MN# 386,755)  
225 South Sixth Street, Suite 3200  
Minneapolis, MN 55402  
Tel:  612-436-9600  
Email:  dbremer@ccvl.com

                                             *Attorneys for Defendant*  
                                             *UPS Ground Freight, Inc.*